IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

PATENT ONE LLC,             )
                             )
                             )          2:25-CV-02008-MJH
Plaintiff,               )
                             )
vs.                      )
                             )
SCHEDULE A DEFENDANTS,  )
                             )

Defendant,

### **ORDER FOLLOWING STATUS CONFERENCE**

Following the status conference held on this date, it is hereby ordered as follows:

Within 7 calendar days of entry of this Order, Plaintiff may serve upon third-party online retail platforms Amazon, Temu, and Walmart, written discovery requests directed to the categories of information identified below, to be answered by these third-parties within 30 days of service:

- The identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

- The Defendants' sales revenues and city and state for delivery of only infringing products and listing history related to their respective online marketplaces related to the infringing products in this Complaint.

- Plaintiff's Motions for TRO; Preliminary Injunction; and Alternative Service (ECF Nos. 3 and 5) are denied as premature.

- Plaintiff is granted leave to file an Amended Complaint and any amended Motion for TRO, Motion for Preliminary Injunction, or Motion for Alternative Service on or before **April 20, 2026.**

- Upon the filing of any Amended Complaint, Amended Motion for TRO, Motion for Preliminary Injunction, or Motion for Alternative Service, the Court will promptly schedule a hearing as appropriate.

- If no further filings of Amended Pleadings are filed on or before **May 20, 2026** the case will be dismissed for failure to prosecute.

IT IS SO ORDERED THIS 20th day of January, 2026.

BY THE COURT:

MARILYN J. HORAN
United States District Judge