**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

PATENT ONE LLC,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

      Defendants.

Civil Action No. 25-cv-2008

Judge  Hon. Marilyn J. Horan

## MOTION TO WITHDRAW AS ATTORNEY

Attorney Michael L. Mitchell, Esq. respectfully files this Motion to Withdraw as Attorney and in support thereof states:

1.      Undersigned counsel is no longer associated with Whitewood Law PLLC.

2.      Attorneys Shengmao Mu, Abby Neu, Ryan Carreon, and Keaton Smith, of Whitewood Law PLLC, will continue as attorneys of record in this matter.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court permit him to withdraw as attorney of record for the Plaintiff Patent One LLC, in this matter.

Respectfully submitted,

Dated: February 6, 2026

*/s/ Michael L. Mitchell*
Michael L. Mitchell ARDC 6324363
Tel:  (414) 405-3073
Michaelmitchell7790@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users in this case.

/s/ *Michael L. Mitchell*
Michael L. Mitchell