**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATENT ONE LLC,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>       Defendants. | Civil Action No. 25-cv-2008<br><br>Judge: Hon. Marilyn J. Horan |

**PLAINTIFF'S SECOND *EX PARTE* MOTION FOR ENTRY OF A**
**TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**

In this infringement action brought pursuant to the Patent Act 35 U.S.C. § 271, *et seq*, Plaintiff Patent One LLC, ("Plaintiff"), seeks entry of an *ex parte* temporary restraining order against the entities identified on Schedule A hereto (collectively, "Defendants") (i) enjoining Defendants from making, using, offering for sale, selling, and/or importing products the design of which infringe Plaintiff's Asserted Patent in Exhibit 1 to the Amended Complaint; (ii) instituting a temporary asset restraint; (iii) an order to show cause why a preliminary injunction should not issue, and (iv) expedited discovery.

A Memorandum of Law in support of this Motion and Declaration of Keaton Smith is submitted herewith. A proposed temporary restraining order is also attached hereto.

Date: April 7, 2026

Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith IL #6347736
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*