# EXHIBIT 1-
# Declaration of Keaton Smith

## DOE 1 – ANTOWIN – A390FGDH72C3Y4

| ASIN | MERCHANT_ID | SHIP_DAY | CITY | STATE |
|---|---|---|---|---|
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-08-18T00:00:00 | BERNVILLE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-11-23T00:00:00 | DANIELSVILLE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-02-17T00:00:00 | HEGINS | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-10-09T00:00:00 | REW | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-09-20T00:00:00 | NEW HOPE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-10-29T00:00:00 | SCHWENKSVILLE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-06-10T00:00:00 | LANSDOWNE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2026-01-15T00:00:00 | LANSDOWNE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2026-01-20T00:00:00 | FAIRVIEW | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-08-15T00:00:00 | GROVE CITY | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-06-01T00:00:00 | COLLEGEVILLE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-05-21T00:00:00 | READING | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-07-22T00:00:00 | COLLEGEVILLE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-07-21T00:00:00 | COLLEGEVILLE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-10-16T00:00:00 | STATE COLLEGE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-11-20T00:00:00 | MARS | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-10-29T00:00:00 | LOWER BURRELL | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-09-20T00:00:00 | LANSDOWNE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-09-27T00:00:00 | YARDLEY | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-02-27T00:00:00 | DREXEL HILL | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-09-25T00:00:00 | WEST CHESTER | PA |

| | | | | |
|---|---|---|---|---|
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-03-26T00:00:00 | NESCOPECK | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-10-07T00:00:00 | DOYLESTOWN | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-10-09T00:00:00 | DOYLESTOWN | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-09-26T00:00:00 | GEORGETOWN | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-08-15T00:00:00 | NORTH HUNTINGDON | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-03-17T00:00:00 | WASHINGTON | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-03-20T00:00:00 | WASHINGTON | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-11-10T00:00:00 | LEHIGHTON | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-11-17T00:00:00 | LEHIGHTON | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-09-29T00:00:00 | IMPERIAL | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-07-25T00:00:00 | EVERETT | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-04-10T00:00:00 | BETHLEHEM | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-11-09T00:00:00 | NEWTOWN | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-11-09T00:00:00 | MARIETTA | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-10-14T00:00:00 | PITTSBURGH | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-10-22T00:00:00 | PITTSBURGH | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-07-16T00:00:00 | OAKDALE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-09-14T00:00:00 | WARMINSTER | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-09-22T00:00:00 | YARDLEY | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-03-31T00:00:00 | YORK | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-07-27T00:00:00 | POTTSTOWN | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-03-01T00:00:00 | YORK | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-03-04T00:00:00 | WASHINGTON | PA |

| | | | | |
|---|---|---|---|---|
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-11-26T00:00:00 | GROVE CITY | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-10-06T00:00:00 | WEST CHESTER | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-04-23T00:00:00 | LITITZ | PENNSYLVANIA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-10-28T00:00:00 | PHILADELPHIA | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-12-27T00:00:00 | LANSDOWNE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2026-01-02T00:00:00 | HANOVER | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-03-22T00:00:00 | WARMINSTER | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-10-01T00:00:00 | PERRYOPOLIS | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-12-05T00:00:00 | PHOENIXVILLE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-12-06T00:00:00 | PHOENIXVILLE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-12-05T00:00:00 | PHOENIXVILLE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-05-14T00:00:00 | COCHRANVILLE | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2024-07-20T00:00:00 | MARTINSBURG | PA |
| B0D4TPM34R | A390FGDH72C3Y4 | 2025-04-28T00:00:00 | CHESTER SPRINGS | PA |

## DOE 2 – besttradestore – A36X4J6M5Y3MI0

| ASIN | MERCHANT_ID | SHIP_DAY | CITY | STATE |
|---|---|---|---|---|
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2024-10-25T00:00:00 | BLAIRSVILLE | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2024-10-25T00:00:00 | BLAIRSVILLE | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2024-10-15T00:00:00 | BLUE BELL | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2025-03-29T00:00:00 | BREINIGSVILLE | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2024-11-01T00:00:00 | GREENSBURG | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2025-01-31T00:00:00 | PITTSBURGH | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2025-01-03T00:00:00 | BROGUE | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2025-06-01T00:00:00 | WEST MIFFLIN | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2024-10-15T00:00:00 | MEDIA | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2025-04-21T00:00:00 | WHITE HAVEN | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2025-01-29T00:00:00 | POTTSTOWN | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2025-01-21T00:00:00 | ALIQUIPPA | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2025-03-10T00:00:00 | PITTSBURGH | PA |
| B0CYWNLJXZ | A36X4J6M5Y3MI0 | 2025-01-20T00:00:00 | PHILADELPHIA | PA |

## DOE 3 – perfect impression – A216U1L9SYGA4R

| ASIN | MERCHANT_ID | SHIP_DAY | CITY | STATE |
|---|---|---|---|---|
| B0FCY6RSR1 | A216U1L9SYGA4R | 2025-09-08T00:00:00 | HAVERTOWN | PA |
| B0FCY6RSR1 | A216U1L9SYGA4R | 2025-09-02T00:00:00 | EASTON | PA |

## DOE 4 – Rsyeku – A35KUIWBWZXAJW

| ASIN | MERCHANT_ID | SHIP_DAY | CITY | STATE |
|------|-------------|----------|------|-------|
| B0DQKVFWG9 | A35KUIWBWZXAJW | 2025-07-02T00:00:00 | HARLEYSVILLE | PA |
| B0DQKVFWG9 | A35KUIWBWZXAJW | 2025-07-29T00:00:00 | HARRISBURG | PA |
| B0DQKVFWG9 | A35KUIWBWZXAJW | 2025-07-08T00:00:00 | WYNCOTE | PA |
| B0DQKVFWG9 | A35KUIWBWZXAJW | 2025-08-31T00:00:00 | HANOVER | PA |

## DOE 5 – SUNNYBROOK – A3AYIFSHZQHTVB

| ASIN | MERCHANT_ID | SHIP_DAY | CITY | STATE |
|---|---|---|---|---|
| B0DZCQXNL5 | A3AYIFSHZQHTVB | 2025-07-20T00:00:00 | LEOLA | PA |

## DOE 6 – Utoplike – A3TAUA123AD7JE

| ASIN | MERCHANT_ID | SHIP_DAY | CITY | STATE |
|---|---|---|---|---|
| B0CPW796SC | A3TAUA123AD7JE | 2025-11-19T00:00:00 | COUDERSPORT | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-02-02T00:00:00 | MARS | PENNSYLVANIA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-09-25T00:00:00 | WAVERLY | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-20T00:00:00 | JOHNSTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-01-11T00:00:00 | LEBANON | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-05-16T00:00:00 | VILLANOVA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-09-14T00:00:00 | PHILADELPHIA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-11-18T00:00:00 | LE RAYSVILLE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-01-14T00:00:00 | VENETIA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-08-14T00:00:00 | CONSHOHOCKEN | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-03-01T00:00:00 | MESHOPPEN | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-12T00:00:00 | WEST CHESTER | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-10-05T00:00:00 | DOYLESTOWN | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-09-12T00:00:00 | IRWIN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-09-18T00:00:00 | COCHRANVILLE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-10-03T00:00:00 | LANDISVILLE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-02-01T00:00:00 | NAZARETH | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-11-10T00:00:00 | HATFIELD | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-05-28T00:00:00 | LEVITTOWN | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-10-18T00:00:00 | CORAOPOLIS | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-01-21T00:00:00 | SEWICKLEY | PA |

| | | | | |
|---|---|---|---|---|
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-02-03T00:00:00 | LITITZ | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-09-28T00:00:00 | FAYETTEVILLE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-04-30T00:00:00 | ZIONSVILLE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-04-18T00:00:00 | FORD CLIFF | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-02-10T00:00:00 | FORD CLIFF | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-09-16T00:00:00 | PHILA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-08-22T00:00:00 | SOUTH PARK | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-01-27T00:00:00 | DOYLESTOWN | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-12-09T00:00:00 | MARKLEYSBURG | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-06-03T00:00:00 | MEADVILLE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-04-29T00:00:00 | VERONA | PENNSYLVANIA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-10-23T00:00:00 | PALMYRA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-10-12T00:00:00 | WEST CHESTER | PENNSYLVANIA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-10-06T00:00:00 | PITTSBURGH | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-11-22T00:00:00 | WEST SPRINGFIELD | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-02-21T00:00:00 | LANDENBERG | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-12-02T00:00:00 | WYOMISSING | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-08-12T00:00:00 | BEAVER | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-26T00:00:00 | BETHLEHEM | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-01-27T00:00:00 | POTTSTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-02-02T00:00:00 | POTTSTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-01-18T00:00:00 | SEWICKLEY | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-12-03T00:00:00 | CORAOPOLIS | PA |

| | | | | |
|---|---|---|---|---|
| B0CPW796SC | A3TAUA123AD7JE | 2024-12-12T00:00:00 | SOUTHAMPTON | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-08-27T00:00:00 | NEW HOPE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-08-04T00:00:00 | LANGHORNE | PENNSYLVANIA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-01-31T00:00:00 | LANSDALE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-09-16T00:00:00 | FAYETTE CITY | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-08-24T00:00:00 | PORT MATILDA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-01-04T00:00:00 | MECHANICSBURG | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-11-25T00:00:00 | MCKEAN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-10-12T00:00:00 | NEW BLOOMFIELD | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-02-07T00:00:00 | HAVERTOWN | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-11-06T00:00:00 | LEWISBURG | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-01-30T00:00:00 | PITTSBURGH | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-03-13T00:00:00 | COOPERSBURG | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-05-03T00:00:00 | GLENSHAW | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-28T00:00:00 | BETHEL PARK | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-05-01T00:00:00 | PITTSBURGH | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-01-15T00:00:00 | CLINTON | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-09-06T00:00:00 | RED LION | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-05-29T00:00:00 | YORK | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-10-30T00:00:00 | HARMONY | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-08-27T00:00:00 | CHALFONT | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-12-28T00:00:00 | NEWTOWN SQUARE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-04-07T00:00:00 | KING OF PRUSSIA | PA |

| | | | | |
|---|---|---|---|---|
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-02-11T00:00:00 | BEAVER | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-10-30T00:00:00 | PHILADELPHIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-11-26T00:00:00 | PHILADELPHIA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-02-02T00:00:00 | PHILADELPHIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-18T00:00:00 | PHILADELPHIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-20T00:00:00 | PHILADELPHIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-08-04T00:00:00 | PHOENIXVILLE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-09-24T00:00:00 | PHOENIXVILLE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-09-11T00:00:00 | HERSHEY | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-12-29T00:00:00 | UNIONTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-10-07T00:00:00 | MEADVILLE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-17T00:00:00 | KING OF PRUSSIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-03-25T00:00:00 | NEW GALILEE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-11-15T00:00:00 | SHREWSBURY | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-21T00:00:00 | CLARKS SUMMIT | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-09-21T00:00:00 | MIFFLINVILLE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-11-22T00:00:00 | LEBANON | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-12-30T00:00:00 | MECHANICSBURG | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-01-03T00:00:00 | MECHANICSBURG | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-06-06T00:00:00 | NEW WILMINGTON | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-09-16T00:00:00 | DALLAS | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-01-04T00:00:00 | SUGARLOAF | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-11-11T00:00:00 | BERWYN | PA |

| | | | | |
|---|---|---|---|---|
| B0CPW796SC | A3TAUA123AD7JE | 2024-06-05T00:00:00 | MACUNGIE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-22T00:00:00 | BRYN MAWR | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-03-12T00:00:00 | BATH | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-11-18T00:00:00 | JONESTOWN | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-07-03T00:00:00 | PITTSBURGH | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-01-09T00:00:00 | RIDLEY PARK | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-08-26T00:00:00 | MAHAFFEY | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-08-27T00:00:00 | MAHAFFEY | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-11-12T00:00:00 | WHITEHALL | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-12-04T00:00:00 | CANONSBURG | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-12-27T00:00:00 | HONEYBROOK | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-01-26T00:00:00 | AMBLER | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-02-16T00:00:00 | BRISTOL | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-12-06T00:00:00 | NEWTOWN SQUARE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-10-07T00:00:00 | NORTH WALES | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-04-02T00:00:00 | SELINSGROVE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-03-17T00:00:00 | PHILADELPHIA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-09-19T00:00:00 | QUAKERTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-09-16T00:00:00 | QUAKERTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-05-19T00:00:00 | MONTOURSVILLE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-05-17T00:00:00 | MONTOURSVILLE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-05-17T00:00:00 | MONTOURSVILLE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-05-19T00:00:00 | MONTOURSVILLE | PA |

| | | | | |
|---|---|---|---|---|
| B0CPW796SC | A3TAUA123AD7JE | 2025-04-14T00:00:00 | PHILADELPHIA | PENNSYLVANIA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-09-03T00:00:00 | PITTSBURGH | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-12-13T00:00:00 | KENNETT SQUARE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-07-08T00:00:00 | WAYNE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-01-27T00:00:00 | PHILADELPHIA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-01-27T00:00:00 | PHILADELPHIA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-01-09T00:00:00 | PHILADELPHIA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-01-04T00:00:00 | PHILADELPHIA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-12-02T00:00:00 | JONESTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-01-16T00:00:00 | NEW HOPE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-10-08T00:00:00 | PITTSBURGH | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-03-02T00:00:00 | DOWNINGTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-09-27T00:00:00 | MEADOWBROOK | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-10-11T00:00:00 | MEADOWBROOK | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-06-03T00:00:00 | ERIE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-04-15T00:00:00 | NORTH HUNTINGDON | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-06-04T00:00:00 | WASHINGTON CROSSING | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-01-18T00:00:00 | READING | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-06T00:00:00 | BROCKWAY | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-26T00:00:00 | BRIDGEPORT | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-03-26T00:00:00 | LANCASTER | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-02-24T00:00:00 | NEWTOWN | PENNSYLVANIA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-11-20T00:00:00 | PITTSBURGH | PA |

| | | | | |
|---|---|---|---|---|
| B0CPW796SC | A3TAUA123AD7JE | 2024-12-11T00:00:00 | MCMURRAY | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-01-29T00:00:00 | PITTSBURGH | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-01-12T00:00:00 | NORTHUMBERLAND | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-09-30T00:00:00 | VENETIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-28T00:00:00 | BETHLEHEM | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-11-09T00:00:00 | SCOTTDALE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-05-04T00:00:00 | WAYNE | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-03-12T00:00:00 | NORWOOD | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-02-18T00:00:00 | PITTSBURGH | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-02-18T00:00:00 | PITTSBURGH | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-02-20T00:00:00 | CHALFONT | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-01-05T00:00:00 | GIBSONIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-05-25T00:00:00 | BETHEL PARK | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-05-09T00:00:00 | NEWTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-05-08T00:00:00 | NEWTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-11-06T00:00:00 | PHILADELPHIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-05-12T00:00:00 | WEXFORD | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-10-18T00:00:00 | MONROEVILLE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-03-10T00:00:00 | OREFIELD | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-12-05T00:00:00 | PHILADELPHIA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-12-06T00:00:00 | PHILADELPHIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-05-17T00:00:00 | WHITEHALL | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-11-10T00:00:00 | READING | PA |

| | | | | |
|---|---|---|---|---|
| B0CPW796SC | A3TAUA123AD7JE | 2025-04-28T00:00:00 | PHILADELPHIA | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-03-21T00:00:00 | NEW CASTLE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-12-13T00:00:00 | NEWTOWN SQUARE | PENNSYLVANIA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-02-05T00:00:00 | CORRY | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-12-04T00:00:00 | NEW CUMBERLAND | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-01-18T00:00:00 | PHILADELPHIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-12-12T00:00:00 | PITTSBURGH | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-02-10T00:00:00 | NEW PROVIDENCE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-02-21T00:00:00 | PAOLI | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-03-21T00:00:00 | WYOMISSING | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-03-07T00:00:00 | WYOMISSING | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-12-01T00:00:00 | EXTON | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-12-06T00:00:00 | DOWNINGTOWN | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-01-20T00:00:00 | HARRISBURG | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-23T00:00:00 | BETHLEHEM | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-10-01T00:00:00 | PITTSBURGH | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-11-17T00:00:00 | CHESTER SPRINGS | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-06T00:00:00 | NORTH WALES | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2026-02-08T00:00:00 | WAYNE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-11-05T00:00:00 | PHILADELPHIA | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2025-10-04T00:00:00 | SEWICKLEY | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-04-25T00:00:00 | HULMEVILLE | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-05-14T00:00:00 | BLANDON | PA |

| B0CPW6M2SC | A3TAUA123AD7JE | 2025-01-08T00:00:00 | ERIE | PA |
|---|---|---|---|---|
| B0CPW796SC | A3TAUA123AD7JE | 2025-10-06T00:00:00 | BIG COVE TANNERY | PA |
| B0CPW796SC | A3TAUA123AD7JE | 2024-03-16T00:00:00 | SHIPPENSBURG | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2025-03-03T00:00:00 | SEWICKLEY | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-09-09T00:00:00 | NORTH WALES | PA |
| B0CPW6M2SC | A3TAUA123AD7JE | 2024-10-08T00:00:00 | PIPERSVILLE | PA |