# EXHIBIT 2-

# Declaration of Keaton Smith

| Doe No. | Name | Platform | Address on website | Remarks |
|---|---|---|---|---|
| 1 | ANTOWIN | Amazon | FLAT/RM 20 BLOCK A 14/F HI-TECH INDUSTRIAL CENTRE HONG KONG TSUEN WAN,N.T 999077 HK | The referenced address does not demonstrate any verifiable connection to the business. |

| 2 | besttradestore | Amazon | **Business Name:** foshanshiganyibeidianzishangwuyouxiangongsi<br>**Business Address:**<br>祖庙街道金澜北路3号3座5楼501室<br>佛山市<br>禅城区<br>广东省<br>528000<br>CN | The exact address cannot be located, and no exact business information can be found online. |
|---|---|---|---|---|



| 3 | perfect impression | Amazon | **Business Name:** zhengzhoushiyinjiaxinxijishuyouxiangongsi<br>**Business Address:**<br>河南自贸试验区郑州片区（经开）第七大街99号宏光合园<br>7号楼1408<br>郑州市<br>河南<br>450046<br>CN<br> | The exact address cannot be located, and no exact business information can be found online. |

| 4 | Rsyeku | Amazon | **Business Name:** Dongguan Jianxin Trade Co., LTD<br>**Business Address:**<br>广东省东莞市寮步镇沙井坑路6号之一4栋201室<br>沙井坑路6号之一4栋201室<br>东莞<br>广东<br>523430<br>CN<br> | The exact address cannot be located, and no exact business information can be found online. |

| 5 | SUNNYBROOK | Amazon | **Business Name:** SunnyBrook Homeware Products Limited<br>**Business Address:**<br>UNIT 1406B 14/F THE BELGIAN BANK BUILDING NOS 71-725NATHAN ROAD<br>JIULONG<br>HK<br>999077<br>HK | The referenced address does not demonstrate any verifiable connection to the business.<br><br> |

| 6 | Utoplike | Amazon | **Business Name:** Fujian Fuboo Bamboo and Wood Products Co.,Ltd <br><br> **Business Address:** <br><br> 滨河大道6号1413室 <br><br> 城关镇 <br><br> 三明市 <br><br> 福建省 <br><br> 365199 <br><br> CN <br><br>  | The exact address cannot be located, and no exact business information can be found online. |